# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**WILLIAM HARDIN**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-00786

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about July 19, 2016, in Marion County, in the Southern District of Indiana, WILLIAM HARDIN, the defendant herein, did knowingly obstruct, delay, or affect commerce by robbery at the Family Dollar located at 5460 East Washington Street, Indianapolis, Indiana. In violation of Title 18, United States Code, Section 1951(a).

Count Two: On or about July 26, 2016, in Marion County, in the Southern District of Indiana, WILLIAM HARDIN, the defendant herein, did knowingly obstruct, delay, or affect commerce by robbery at the Family Dollar located at 3757 East New York Street, Indianapolis, Indiana. In violation of Title 18, United States Code, Section 1951(a).

Count Three: On or about July 26, 2016, in the Southern District of Indiana, Indianapolis Division, WILLIAM HARDIN, the defendant herein, did knowingly carry, use, and brandish a firearm, to wit: a Fabrique-Nationale .32 caliber semi-automatic pistol with a serial number of 382671, during and in relation to a crime of violence, to wit: the robbery of the Family Dollar located at 3757 East New York Street in Indianapolis, Indiana, charged in Count Two of the indictment. In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Leonard Rothermich, FBI

**Sworn to before me, and subscribed in my presence**

November 3, 2016                                         at   Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge                  _____
**Name and Title of Judicial Officer**                   **Signature of Judicial Officer**

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, LEONARD P. ROTHERMICH, being duly sworn according to law, depose and state as follows:

## I. INTRODUCTION

1. I am and have been employed as a Special Agent with the Federal Bureau of Investigation ["FBI"] since November of 2014. Prior to that time, I spent 22 weeks training to be a Special Agent at the FBI Academy in Quantico, Virginia beginning on June 15, 2014. Through the FBI, I have received extensive training related to the investigation of federal crimes to include violent crime and firearms offenses. Prior to this, I spent five years on active duty in the United States Army as an officer in the Military Police Corps. I am currently assigned to the FBI Violent Crime Task Force ["VCTF"] in the Indianapolis Field Office of the FBI. In this assignment, I investigate all manner of violent crime, to include armed commercial robberies and firearm related offenses.

2. This affidavit is submitted in support of an application for a Warrant for Arrest of WILLIAM HARDIN ["HARDIN"], black male, date of birth ["DOB"] XX-XX-1970, Social Security Account Number ["SSAN"] XXX-XX-XXXX, who is currently incarcerated at the Marion County (Indiana) Jail, 40 South Alabama Street, Indianapolis, Indiana. Based on my training and experience, and based on the facts below, there is probable cause to believe that HARDIN committed two counts of armed commercial robbery and is a previously convicted felon in

possession of a firearm. Your Affiant alleges HARDIN robbed two separate Family Dollar stores; the first on or about July 19, 2016 and the second on July 26, 2016. Your Affiant knows that Family Dollar is a national chain of retail stores with locations in forty-six of the fifty United States and that Family Dollar sells goods produced and transported in interstate commerce. Your Affiant alleges the two commercial robberies to be violations of Title 18 United States Code, Section 1951(a).

    a. Title 18, United States Code, Section 1951(a) states: Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires to do so, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.

3. Your Affiant further alleges HARDIN, unlawfully used a firearm during and in relation to a crime of violence. Your Affiant alleges the use of a firearm during and in relation to a crime of violence by HARDIN was a violation of Title 18 United States Code, Section 924(c)(1)(A)(ii)).

4. The statements contained in this affidavit are based in part on information provided by, and conversations held with, Special Agents and Task Force Officers ["TFOs"] of the FBI; detectives and patrol officers of the Indianapolis

Metropolitan Police Department ["IMPD"]; witnesses; and on my experience and background as a Special Agent of the FBI.

5. I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish the required foundation for this issuance of the requested Warrant for Arrest.

## II. BACKGROUND OF THE INVESTIGATION

6. On July 19, 2016, at approximately 2:35 p.m., patrol officers with IMPD were dispatched to the Family Dollar store at 5460 East Washington Street, Indianapolis, Indiana to investigate a complaint of a robbery of business. Upon arrival, IMPD patrol officers interviewed two Family Dollar employees ["VICTIM1"] and ["VICTIM2"] who stated their store and each of them individually had been robbed at gunpoint. The victims stated that the suspect ["ROBBER"] walked up to the counter and demanded from both victims their personal cell phones and cash from the register. The ROBBER made this demand as he produced a silver pistol from a satchel which he had worn across his body. The victims complied by handing over their cell phones and the cash from the Family Dollar register. The suspect then put the gun in the bag and left the store on foot through the front door.

7. The victims of the Family Dollar robbery described the ROBBER as a black male, approximately 5'4" feet tall, wearing a multi-colored hat with a dark blue

3

brim, a light blue baggy shirt with blue jeans and wearing a satchel across his body that was black with red letters on it.

8. On July 26, 2016, at approximately 2:15 p.m., patrol officers with IMPD were dispatched to the Family Dollar store at 3757 East New York Street, Indianapolis, Indiana to investigate a complaint of a robbery of business. Upon arrival, IMPD patrol officers spoke with the victim clerk ["VICTIM3"] who stated a black male ["ROBBER"] robbed the business at gunpoint. VICTIM3 stated the ROBBER was approximately 5'5" tall, weighed approximately 120 pounds and entered the store wearing a black do-rag, black sweatshirt, khaki pants, and black shoes with white socks. VICTIM3 stated the ROBBER picked up a few items in the store, approached the counter, and placed the items down on the counter. VICTIM3 bagged the items, and the ROBBER took out some cash from his pocket. The ROBBER then produced a silver handgun and stuck it between the bags. VICTIM3 stated the ROBBER then said "give me everything." VICTIM3 placed the money from the register drawer into a gray plastic bag and gave the bag to the ROBBER. VICTIM3 also placed an electronic tracking device in the bag. The ROBBER then fled south bound from the business on foot.

9. The robbery and suspect description were broadcast over IMPD radio channels along with direction of travel based on the electronic tracking device activation. An IMPD patrol officer in the area of St. Clair Street and Dearborn Street

4

identified a black male matching the broadcast description of the robbery suspect. The male made eye contact with the patrol officer and then immediately fled southeast on foot into the alley west of LaSalle Street. Another IMPD patrol officer joined the pursuit and chased the black male on foot, southbound in the alley, while giving loud verbal commands to "Stop! Police!" The patrol officers caught up to the suspect and ordered him onto the ground at gunpoint. The male did not immediately go to the ground but backed away from the patrol officers. While one officer held the suspect at gunpoint, the other officer attempted to gain physical control of the suspect. The suspect continued to struggle with the arresting officers. While kneeling beside the suspect's hip, one of the patrol officers felt a hard metallic object in the suspect's waistline and informed the other patrol officer that the suspect may be armed with a handgun.

10. While attempting to handcuff the suspect, the suspect violently jerked his left hand free from the handcuffing patrol officer and began reaching toward that officer. Both patrol officers issued further commands to "put your hands behind your back!" and to "Stop resisting!" but the suspect continued to struggle to keep the officers from gaining control of his free hand.

11. Following a further physical struggle with the suspect, to include hand and knee strikes against the suspect, the arresting officers were able to gain control of the suspect's free hand and both hands were placed in handcuffs

5

12. The suspect was identified on-scene as HARDIN. VICTIM3 was transported to the scene of the arrest and positively identified HARDIN as the suspect from the robbery. IMPD robbery detectives retraced the path of the electronic tracking device and foot pursuit with HARDIN and located an electronic tracker, which was placed in the bag of items taken by the ROBBER, cash, two bags of items in Family Dollar bags, a black sweatshirt, and a black do-rag in the back yard of 638 North LaSalle Street, Indianapolis, Indiana. Some of the cash was located next to a purple Crown Royal bag on the roof of the garage of 638 North LaSalle Street. No firearm was located at this time or on HARDIN's person during his arrest.

13. HARDIN was transported to the IMPD robbery offices after his arrest. HARDIN gave an audio and video recorded interview to FBI TFO Jeremy Ingram ["TFO INGRAM"] and IMPD Detective Dan Cherry ["DET. CHERRY"]. Suspecting that HARDIN was the ROBBER of the Family Dollar stores on July 19, 2016 and July 26, 2016, HARDIN was asked about each robbery. HARDIN was shown still photographs from the store's surveillance footage of the robbery on July 19, 2016. HARDIN admitted the ROBBER in the photographs was him. HARDIN further provided details of the robbery that were not publically available. Specifically, HARDIN stated he went in and grabbed several items and brought them to counter to act like a normal paying customer. HARDIN said he then pulled out a gun and demanded money and the cell phones from the

6

employees. HARDIN stated his motivation was his drug addiction and that the gun he used was fake.

14. HARDIN further confessed to the Family Dollar robbery on July 26, 2016. HARDIN stated he went in and gathered items that he needed and brought them to counter to act like a paying customer. HARDIN then pulled out his gun and demanded money from the clerk. HARDIN took the bag of money and fled. Mr. Hardin stated he was driven away in a vehicle by a female friend and was dropped off in the 600 block of LaSalle Street. HARDIN stated he was in the yard of 638 North LaSalle Street and looking for a tracker and was able to locate it. He then heard responding units, so he discarded the money, tracker, Family Dollar bags, and his sweat shirt and do-rag and tried to flee south before he was apprehended.

15. Subsequent to HARDIN's arrest, TFO INGRAM began monitoring HARDIN's recorded jail phone calls. TFO INGRAM identified two phone calls of interest to the current matter. Both calls were placed by HARDIN to XXX-XXX-6052. The first was on August 9, 2016 at 4:14 p.m. and the second was on August 10, 2016 at 5:17 p.m. In these calls, HARDIN instructed a female, later learned to be HARDIN's girlfriend, as to the location of a gun he had discarded during his pursuit following the July 26, 2016 Family Dollar robbery. TFO INGRAM, DET. CHERRY, IMPD Detective Paul Buchman ["DET. BUCHMAN"], and FBI Special Agent Steven Secor ["SA SECOR"] made in-person contact with

7

HARDIN's girlfriend on August 16, 2016 at her residence and questioned her about the firearm. She stated that she had not been able to locate the firearm as described by HARDIN and did not want to have anything to do with locating or moving a firearm. TFO INGRAM, DET. CHERRY, DET. BUCHMAN, and SA SECOR reviewed the phone call and were able to locate the firearm at an outdoor location underneath the overhang of a house as described by HARDIN.

16. The recovered firearm was a Fabrique-Nationale .32 caliber semi-automatic pistol (S/N: 382671). This was an older model pistol as described by HARDIN to his girlfriend over the telephone. The firearm was collected and processed by an IMPD evidence technician and remains in the care and custody of the IMPD at the time of this writing.

### III. CONCLUSION

17. Based on the information detailed above, I believe there is probable cause that HARDIN violated Title 18 United States Code, Section 1951 in that HARDIN committed armed robbery of two commercial establishments. The first being the Family Dollar store at 5460 East Washington Street, Indianapolis, Indiana on July 19, 2016 and the second the Family Dollar store at 3757 East New York Street, Indianapolis, Indiana on July 26, 2016. Your Affiant further believes that there is probable cause that HARDIN violated Title 18 United States Code, Section 924(c)(1)(A)(ii)) in that HARDIN unlawfully Used a Firearm During and in Relation to a crime of violence.

18. Accordingly, I respectfully request the Court issue a criminal complaint and arrest warrant charging HARDIN with these offenses.

FURTHER YOUR AFFIANT SAITH NOT

_____
Leonard P. Rothermich
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me the 3rd day of November, 2016.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana